McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAIR TALIB ISMEAL;<br>LAMIA MEHDI,<br><br>        Plaintiffs,<br><br>  v.<br><br>Michael Chertoff, et al.<br><br>        Defendants. | CV 07-cv-F-206 OWW SMS<br><br><br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |

      Plaintiffs have filed a complaint alleging that defendants have failed to timely process their applications for naturalization. Defendants respectfully inform the Court that plaintiffs' applications are currently pending clearance by the Federal Bureau of Investigation. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiffs' applications are currently pending at the FBI, defendants request an extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. An expedite request has been placed with the FBI. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until June 6, 2007. This is defendants' first request for an extension in this case.

Dated: April 2, 2007                                Respectfully Submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney


                                           By:      /s/Audrey Hemesath
                                                    Audrey B. Hemesath
                                                    Assistant U.S. Attorney
                                                    Attorneys for the Defendants


ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 6, 2007, and the Scheduling Conference, currently set for June 14, 2007 is reset to July 6, 2007 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:   April 5, 2007**                          /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE