McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAIR TALIB ISMAEL, et a.<br><br>Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>Defendants. | No. 07-F-CV-206-OWW-SMS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, and in lieu of defendants' motion for remand, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 30 days from the date of the order of remand.

Respectfully submitted,

Dated: August 30, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Special Assistant United States Attorney

Dated: August 30, 2007

/s/ James M. Makasian
James M. Makasian
Counsel for Plaintiff

## [PROPOSED] ORDER

For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 30 days from the date of the order of remand.

Dated: 9-7-07

_____
UNITED STATES DISTRICT JUDGE